IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESUS PEDROSO,

    Plaintiff,

v.                                                                                       CASE NO. 4:10-cv-00167-MP -WCS

ROGER BODEN, FLORIDA DEPARTMENT OF CORRECTIONS, FLORIDA
DEPARTMENT OF TRANSPORTATION, FLORIDA PRISON HEALTH SERVICES,
TRUNG VAN LE, PAUL STEPHEN SMITH,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation by the Magistrate Judge. On July 9, 2010, Plaintiff was directed by the Magistrate Judge to file an amended complaint by August 10, 2010. Plaintiff was specifically warned that the case could be dismissed if he failed to comply with the Magistrate's order. A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).

Plaintiff filed a motion for an extension of time, which was granted, extending Plaintiff's deadline to file the amended complaint to October 4, 2010. Plaintiff has not filed that amended complaint. The Magistrate Judge has therefore recommended the case be dismissed. Plaintiff has filed no response to object, and the time for objecting has now passed.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 18, is ADOPTED and incorporated herein.

2. This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this   *19th* day of November, 2010

       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge